UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CYNTHIA OINGER-VANOVER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:16-cv-02624-JMS-TAB |
| ) | |
| CITY OF SHELBYVILLE, ) | |
| SHELBYVILLE POLICE DEPARTMENT, ) | |
| OTHER UNKNOWN OFFICERS, ) | |
| ) | |
| Defendants. ) | |

## ENTRY

Final judgment was entered in this case on November 9, 2016. Now before the Court is a compilation of previously filed documents along with a letter to "Niki" from "James" asking for a copy of all documents from the Court. This compilation of papers was filed on September 17, 2019 and docketed as a motion to reopen case.

This submission provides no basis for the Court to take any additional action in this closed case. Accordingly, the motion, dkt [7], is **denied.**

**IT IS SO ORDERED.**

Date: 9/23/2019

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

CYNTHIA OINGER-VANOVER
713 Center St.
Shelbyville, IN 46176