FILED
DEC 05 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHER DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

CYNTHIA OLINGER-VANOVER )
Plaintiff, )
V. )
CHILD IN NEED OF Services )
Lesters Body Shop )
Scott Ferguson (old mayor) )
National Automotive )
CITY OF SHELBYVILLE, )
SHELBYVILLE POLICE DEPARTMENT, )
and OTHER UNKNOWN OFFICERS, )
~~Defendants~~ Sherriffs Dept. )
Landlords, CAR Lots, Buisinesses
Citezens of Shelbyville,
Marion County Police & Jail
Defendents

Cause No.

1:16-CV-2624-
JMS-TAB

JURY TRIAL DEMANDED

**COMPLAINT**

Plaintiff Cynthia Olinger-Vaonver, the plaintiff as pro-se and now files her suit against the defendant's and as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1341, 1343. This Court

has supplemental jurisdiction over state law claims pursuant to 28 U.S.C. § 1367.

2. Venue is proper in this judicial district under 28 U.S.C. §1391(b) and (c) because Plaintiffs and all Defendants either reside in this district or have their principal place of business in this district, and all events giving rise to Plaintiffs' claims occurred within this district.

1

## PARTIES

3. Cynthia Olinger-Vanover (hereinafter, Vanover) resides within the state of Indiana and within this judicial district.

4. The City of Shelbyville is a municipal corporation and public entity organized under the laws of the state of Indiana and is located within this judicial district. Unkown Police Officer are police officer employed by the City of Shelbyville.

5. At all relevant times, Defendant's Unknown Officer was on duty and acted under color of law and within the scope of his employment.

6. Defendants other unknown officers are police officers employed by the City of Shelbyville.

7. At all relevant times, Defendants other unknown officers were on duty and acted under color of law and within the scope of their employment.

## FACTS RELEVANT TO ALL CLAIMS

8. On or about August 7th, 2013, at about 8:30 p.m., Plaintiff was visiting some friends in the City of Shelbyville, when she was forced into sexual acts with two males in the house.

9. The Plaintiff reported to rape to the Indiana State Police and to the Police Department of Shelbyville, Indiana.

10. This count is pled against the City of Shelbyville only on behalf of all

### Plaintiffs.

11. The actions of the individual Defendants, as described above, was taken pursuant to the policy and practice of the City of Shelbyville.

12. As a matter of both policy and practice, the City of Shelbyville encourages, and is the moving force behind, the individual officers' objectively unreasonable use of force against citizens by hiring and retaining unqualified officers, and by failing to adequately train, supervise, and control its officers.

13. By failing to adequately investigate and discipline officers who have engaged previous instances of excessive force against citizens, the City of Shelbyville manifests deliberate indifference to the violations of those citizens' constitutional rights by the City's police officers.

14. At no point did the officers investigate the claims made by the plaintiff.

15. The plaintiff initiate her own investigation and made threats to law enforcement of her intent to sue the city and the police department for their failure to investigate the claims made in this matter, and at which the police department began harassing the plaintiff.

16. Fales arrest, illegal detainment, police enforcement, falsified charges were all a result of the police departments retailiatory acts, and plaintiff was found guilty of most of those charges which were an act of retailiation.

17. The plaintiff believes that other Govermnatal Officials are involved in the corruption and non-discloure of evidence to prove that these Unknown Police Officers are in fact in violation of my ciil rights by their actions and acts, when they conspired to have me arrested on false charges and convicted.

18. The Unknown Officers were all made aware of certain aspects of certain people wanting to induce bodily harm to me, yet those Unknown Officers fail to investigate these claims, placing the plaintiffs life in complete damager.

19. Several other officers on the police force have conspired against me and enjoining my enemies in bringing harm to me for my filing numberou and multiple complaints against those police officers for their actions against me and placing my life in danager, along with the false arrests.

## FACTS RELEVANT TO CLAIMS AGAINST CITY OF SHELBYVILLE

20. Defendants Unknown Officers have a history of using objectively unreasonable force against citizens and arresting citizens without probable cause.

21. there are numerous other instances of City police officers using excessive force against citizens as well as false arrests of citizens.

22. Moreover, despite this history of unlawful conduct by City police officers, the City has failed to adequately investigate allegations of officer misconduct, has failed to adequately discipline officers for the use of excessive force, and has failed to adequately train its officers on the proper use of force.

23. The City's failure to do so is a de facto policy that encourages officers to violate the constitutional rights of citizens with impunity.

24. The City's de fact policy proximately caused the individual officers to engage in the unlawful conduct described above against Plaintiffs.

Through both criminal and civil statutes, federal law specifically targets police misconduct. Federallaw is applicable to all state, county, and local officers, including those who work in correctionalfacilities. The key federal criminal statute makes it unlawful for anyone acting with police authority todeprive or conspire to deprive another person of any right protected by the Constitution or laws of theUnited States (Section 18 U.S.C. § 241 [2000]).

4

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Souther District of Indianapolis

Cynthia Olinger-Vanover )
_____ )
*Plaintiff(s)* )
v. ) Civil Action No.
)
)
City of Shelbyville, et al. )
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: Unknown Officers 105 W. Taylor Street Shelbyville, Indiana 46176

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cynthia Olinger-Vanover
713 Center Street
Shelbyville, IN 46176

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____

' I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

' I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

' I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

' I returned the summons unexecuted because _____ ; or

' Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

6

Case 1:16-cv-02624-JMS-TAB Document 11 Filed 12/05/19 Page 7 of 13 PageID #: 54
Case 1:16-cv-02624-LJM-TAB Document 1-2 Filed 10/03/16 Page 3 of 6 PageID #: 9

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indianapolis

Cynthia Olinger-Vanover )
)
*Plaintiff(s)* )
v. ) Civil Action No.
)
)
City of Shelbyville, et al. )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *Shelbyville Police Department 105 W. Taylor Street Shelbyville, Indiana 46176*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cynthia Olinger-Vanover
713 Center Street
Shelbyville, IN 46176

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

7

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

' I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

' I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

' I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

' I returned the summons unexecuted because _____ ; or

' Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

8

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Indianapolis

Cynthia Olinger-Vanover )
)
*Plaintiff(s)* )
)
v. ) Civil Action No.
)
)
)
City of Shelbyville, et al. )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *City of Shelbyville 44 W. Washington Street Shelbyville, Indiana 46176*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cynthia Olinger-Vanover
713 Center Street
Shelbyville, IN 46176

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

4

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Indianapolis

Cynthia Olinger-Vanover )
)
*Plaintiff(s)* )
)
v. ) Civil Action No.
)
)
)
City of Shelbyville, et al. )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *City of Shelbyville 44 W. Washington Street Shelbyville, Indiana 46176*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cynthia Olinger-Vanover
713 Center Street
Shelbyville, IN 46176

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:

*Signature of Clerk or Deputy Clerk*

12

*UNITED STATES DISTRICT COURT*
*for the*
*Southern District of Indiana*

| | | |
|---|---|---|
| CYNTHIA OINGER–VANOVER | ) | |
| Plaintiff(s), | ) | |
| vs. | ) | 1:16–cv–02624–LJM–TAB |
| | ) | |
| CITY OF SHELBYVILLE, et al. | ) | |
| Defendant(s). | ) | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO MAGISTRATE JUDGE**

*Notice of magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to the currently assigned magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to magistrate judge's authority.* If all parties consent to have the currently assigned United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post–trial proceedings, they should sign their names below (electronically or otherwise). Should this case be reassigned to another magistrate judge, any attorney or party of record may object within 30 days of such reassignment. If no objection is filed, the consent will remain in effect. <u>NOTICE: This document is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in the Case Management Plan.</u>

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

**Reference Order**

**IT IS ORDERED:** This case is referred to the currently assigned United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73. Should this case be reassigned to a magistrate judge other than the magistrate judge assigned the date of this order, any attorney or party of record may object within 30 days of such reassignment. If no objection is filed, the consent will remain in effect.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

11

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Souther District of Indianapolis

| | |
|---|---|
| Cynthia Olinger-Vanover<br>*Plaintiff(s)*<br>v.<br><br>City of Shelbyille, et al.<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: Unknown Officers 105 W. Taylor Street Shelbyville, Indiana 46176

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Cynthia Olinger-Vanover
713 Center Street
Shelbyville, IN 46176

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

12

Another statute, commonly referred to as the police misconduct provision, makes it unlawful for state or local police to engage in a pattern or practice of conduct that deprives persons of their rights (42 U.S.C.A. 14141 [2000]).
Additionally, federal law prohibits discrimination in police work. Any police department receiving federal funding is covered by Title VI of the Civil Rights Act of 1964 (42 U.S.C. § 2000d) and the Office of Justice Programs statute (42 U.S.C. § 3789d[c]), which prohibit discrimination on the basis of race, color, national origin, sex, and religion. These laws prohibit conduct ranging from racial slurs and unjustified arrests to the refusal of departments to respond to discrimination complaints. *the tryin to murder myself + others bein covered up by cops + court houses.*

**WHEREFORE,** Plaintiffs pray that this Court enter judgment in their favor and against the individual defendants, and award damages as follows:

A. Compensatory damages in the amount of $100,000,000.00

B. Punitive damages as allowed by law;

C. Reasonable attorneys' fees, costs, and litigation expenses; and;

D. Any other relief this Court deems just and appropriate.

Dated: 05/05/19

Cynthia Olinger-Vanonver
713 Center Street
Shelbyville, Indiana 46176
(317) 825-3025

5