UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CYNTHIA OINGER-VANOVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:16-cv-02624-JMS-TAB |
| | ) |
| CITY OF SHELBYVILLE, | ) |
| SHELBYVILLE POLICE DEPARTMENT, | ) |
| OTHER UNKNOWN OFFICERS, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Final Judgment in this case was entered on November 9, 2016. No further filings are anticipated. The motion for copies, dkt [12], is **granted** to the extent that the **clerk is directed** to include a copy of the docket sheet along with Plaintiff Oinger-Vanover's copy of this Order. The motion for court assistance, dkt [13], is **denied**.

The **clerk is also directed** to update the docket sheet to reflect the Plaintiff's address consistent with the distribution portion of this Order.

IT IS SO ORDERED.

Date: 9/30/2020

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

Cynthia Oinger-Vanover
Shelby County Jail
107 W. Taylor St.
Shelbyville, IN  46176