Cynthia Olinger Vanover

This correspondence is from an inmate of Shelby County Jail. The Jail is not responsible for the contents of this letter.
107 W Taylor St.
Shelbyville, IN 46176

INDIANAPOLIS IN 460

13 DEC 2023 PM 5 L

(Federal Building)

USDC Clerks office
46 E. Ohio St.
Indianapolis, In. 46204

FILED
DEC 15 2023
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

46204-190399