THE OFFICE OF THE
CLERK OF THE U.S. DISTRICT COURT
105 U.S. COURTHOUSE
46 EAST OHIO STREET
INDIANAPOLIS, INDIANA 46204

OFFICIAL BUSINESS

RETURN
RETURN

INDIANAPOLIS IN 460
25 FEB 2024 PM 3 L

FIRST-CLASS

US POSTAGE (IMI) PITNEY BOWES
ZIP 46204 $ 000.64⁰
02 7H
0006155747   JAN 25 2024

( 1:16-cv-2624 )
CYNTHIA OINGER-VANOVER
Shelby County Jail
107 W. Taylor St.
Shelbyville IN 46176

FEB 15 2024
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

NIXIE        462   FE 1        0002/10/24
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

ANK   BC: 46204199999    *2112-01039-25-39
46176-2028